AS: USAO#2020R00823
cjr:11-20-2020



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. SAG-20-0416 |
| v. | * | |
| | * | (Possession of a Firearm by a Prohibited |
| TYRELL ADRIAN BOXLEY, | * | Person, 18 U.S.C. § 922; Forfeiture, 18 |
| | * | U.S.C. § 924(d), 28 U.S.C. § 2461) |
| Defendant. | * | |
| | * | |

## INDICTMENT

### COUNT ONE

**(Possession of a Firearm by a Prohibited Person)**

The Grand Jury for the District of Maryland charges that:

On or about April 16, 2020, in the District of Maryland, the defendant,

**TYRELL ADRIAN BOXLEY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a 5.45 caliber Waffen Werks AK-74, Serial No. WW00645, and the possession of the firearm was in and affecting interstate commerce.

18 U.S.C. § 922(g)

1

## FORFEITURE

The Grand Jury further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 28 U.S.C. § 2461(c) in the event of the Defendant's conviction.

### Firearms and Ammunition Forfeiture

2. Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense(s) alleged in Firearms Count(s), the Defendant(s) convicted of such offense(s) shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in those offense(s).

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following: a 5.45 caliber Waffen Werks AK-74, Serial No. WW00645.

18 U.S.C. § 924(d)
28 U.S.C. § 2461

*Robert Hur/AS*
Robert K. Hur
United States Attorney

A TRUE BILL

Foreperson
Date: Nov 23, 2020

2