IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. GLR-19-0021 |
| **TYRELL BOXLEY,** | * | |
| Defendant. | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR RECONSIDERATION OF DETENTION ORDER**

The United States of America, by its undersigned counsel, respectfully submits this Response to Defendant's Motion for Reconsideration of Detention Order. ECF No. 21.

Based on the representations made in the Defendant's Motion, as well as undersigned counsel's discussions with the Defendant's counsel, the United States believes that the Defendant has presented new information that would justify reopening the detention hearing. See 18 U.S.C. § 3142(f)(2) (authorizing the reopening of a detention hearing "at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community.").

At the time of the initial detention hearing in this case, it was the government's view that the Defendant had not presented a release plan that would reasonably assure his appearance and reasonably assure the safety of the community. Since then, the government has continued its investigation and has learned additional details about the nature and scope of the Defendant's conduct. In addition, it is now apparent to the government, based on the Defendant's Motion, that

the Defendant might have one or more suitable third-party custodians who could supervise him on pretrial release. Provided that the U.S. Pretrial Services Office approves of the Defendant's proposed third-party custodian(s), the United States does not oppose the Defendant's pretrial release on strict conditions, including location monitoring and other conditions deemed appropriate by the Court and Pretrial Services.

Undersigned counsel can be available at the Court's convenience for a telephone status conference or for a hearing.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

/s/ Anatoly Smolkin
Anatoly Smolkin, Fed. Bar No. 18618
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
Tel.: (410) 209-4800
Fax: (410) 962-3124
Anatoly.Smolkin@usdoj.gov

Dated: April 23, 2021