# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

    vs.      *      Case No 8:20-cr-00416-SAG-1

**Tyrell Adrian Boxley**

\*\*\*\*\*\*

## MEMORANDUM AND ORDER

    Defendant was initially detained following a detention hearing on December 16, 2020. (ECF No. 18.) Since that time, Defendant has identified "changed circumstances" so as to justify this Court revisiting its detention decision and moves for release. (ECF No. 21.) Primarily, this includes the identification of a third party custodian to address some of the Court's earlier concerns with release. Id. at 1. For its part, the Government agrees that Defendant has presented "changed circumstances," and, if Pretrial Services approves of the proposed third-party custodian, the Government no longer opposes Defendant's release on conditions of release. (ECF No. 22.) The Government's change of position is also partially motivated by further progress in its investigation that further delineated Defendant's role in the allegations. Id. at 1-2.

    Pretrial Service, though it opposes release, has approved one of the two proposed third-party custodians. Accordingly, Defendant's Motion, ECF No. 21, is hereby **GRANTED**, and the Court will order Defendant released pursuant to the release conditions in the attached Conditional Release Order.

4/27/2020
Date

J. Mark Coulson
United States Magistrate Judge

